United States District Court
Southern District of Texas
**ENTERED**
October 07, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRENCE REYNARD BELL, | § § | CIVIL ACTION NO 4:24-cv-01363 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| SUN WEST MORTGAGE COMPANY INC, | § § § | |
| Defendant. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Terrence Reynard Bell proceeds here *pro se*. He filed a complaint for confirmation of an arbitration award against Defendant on April 9, 2024. Dkt 1. The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 6.

Pending is a Memorandum and Recommendation by Judge Bryan dated August 7, 2024. Dkt 10. She recommends that this case be dismissed without prejudice for lack of subject matter jurisdiction, or alternatively, for failure to timely serve Defendant.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing

*Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 10.

This case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Signed on October 7, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge